FILED

05/23/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 22-0184

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. OP 22-0184

MICHAEL DUNNE,

      Petitioner,

  v.

JIM SALMONSEN,

      Respondent.

## GRANT OF EXTENSION

Upon consideration of Respondent's motion for a 30-day extension of time, and good cause appearing therefor, Respondent is granted an extension of time to and including June 24, 2022, within which to prepare, file, and serve its response to the petition for habeas corpus.

**CH**

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 23 2022